IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | |
| | : | |
| v. | : | Case No. 4:26-MJ-11 (AGH) |
| | : | |
| | : | |
| ZANIOUS L. TEMPLE | : | |

## JUDGMENT

After a bench trial on June 26, 2026, the Defendant was found not guilty on all three counts of the Information.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

AMELIA G. HELMICK, UNITED STATES
MAGISTRATE JUDGE
_____
**Name and Title of Judge**

June 26, 2026
_____
**Date**